UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL H. CASTRO-GOMEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR DIRECTOR,<br><br>        Defendant. | Case No. 20-cv-07058-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 2 |

This is a civil rights case brought pro se by a prisoner. Plaintiff presents allegations regarding prison conditions at Valley State Prison. Valley State Prison is located within the venue of the United States District Court for the Eastern District of California. Plaintiff is currently incarcerated in Georgia. Because the events for this case and defendants are located in the Eastern District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motion to proceed in forma pauperis (Docket No. 2) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 8, 2020

JAMES DONATO
United States District Judge